| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br><br>Art Hasan, CA Bar No. 167323<br>art.hasan@cph.com<br>Christie, Parker & Hale, LLP<br>655 North Central Avenue, Suite 2300<br>Glendale, California 91209-1445<br>T: 626/795-9900; F: 626/577-8800<br>ATTORNEYS FOR: Plaintiff, Electric Power Group, LLC | FILED<br><br>2012 JUL 25 AM 10: 31<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRIC POWER GROUP, LLC<br><br>v.<br>Plaintiff(s),<br><br>ALSTOM, S.A., ALSTOM GRID, INC., and PSYMETRIX LTD.<br>Defendant(s) | CASE NUMBER:<br><br>CV12-6365-GAF(RZx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for <u>Plaintff, Electric Power Group, LLC</u>
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Electric Power Group, LLC | Plaintiff |
| Alstom, S.A. | Defendant |
| Alstom Grid, Inc. | Defendant |
| Psymetrix Ltd. | Defendant |

July 25, 2012
Date

Sign  Art Hasan

<u>Attorneys for Plaintiff</u>
Attorney of record for or party appearing in pro per