1    Counsel listed on signature page

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        LOS ANGELES DIVISION

11   ELECTRIC POWER GROUP, LLC, ,           )
12              Plaintiff,                   )
13   v.                                      )   Case No. 12-06365 JGB (RZx)
14   ALSTOM, S.A., ALSTOM GRID, INC.,        )   **DEFENDANTS' STATEMENT OF**
     PSYMETRIX   LTD.,   and   ALSTOM        )   **UNDISPUTED FACTS IN SUPPORT**
15   LIMITED, ,                              )   **OF MOTION FOR SUMMARY**
                                             )   **JUDGMENT**
16              Defendants.                  )
                                             )   **CONDITIONALLY UNDER SEAL**
17   ——————————————————————                  )
18   ALSTOM, S.A., ALSTOM GRID, INC.,        )   Date:         December 22, 2014
     PSYMETRIX   LTD.,   and   ALSTOM        )   Time:         8:30 am
19   LIMITED, ,                              )   Courtroom:    1
                                             )   Judge:        Hon. Jesus Bernal
20              Counterclaimants,            )
21   v.                                      )
22   ELECTRIC POWER GROUP, LLC ,             )
                                             )
23              Counterdefendants.           )
     ——————————————————————

24

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 1 | The patents at issue are U.S. Patent No. 7,233,843 (the | Third Am. |

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
|  | '843 patent), 8,060,259 (the '259 patent), and 8,401,710 (the '710 patent) (respectively the '843, '259, and '710 patents, and collectively the asserted patents). | Compl. (Dkt. #76) |
| 2 | The '843 patent issued on June 19, 2007. | Third Am. Compl. (Dkt. #76), Ex. A |
| 3 | The '259 patent issued on November 15, 2011. | Third Am. Compl. (Dkt. #76), Ex. B |
| 4 | The '710 patent issued on March 19, 2013. | Third Am. Compl. (Dkt. #76), Ex. C |
| 5 | The background in the specification of the '843 patent states as follows:<br><br>"Due to the enormous task at hand, there are a number of organizations responsible for overseeing these power generation, transmission and distribution activities. For example, there are over 3,000 utilities, thousands of generators, 22 Reliability Coordinators, and 153 Control Areas (CAs) in the United States . . . ." | Third Am. Compl. (Dkt. #76), Ex. A, at 1:63-2:1 |
| 6 | The background in the specification of the '843 patent states as follows:<br><br>"[A]ll these different entities at various different levels are involved in generation, transmission and distribution of electricity as well as monitoring and control in a power grid . . . ." | Third Am. Compl. (Dkt. #76), Ex. A, at 2:3-5. |
| 7 | The background in the specification of the '843 patent states as follows:<br><br>"[T]here is no single integrated system that can be used to monitor and manage the electric power grid in real-time across all of the different elements of the power system. For example, there is no information management system for the power grid, which is | Third Am. Compl. (Dkt. #76), Ex. A, at 2:6-14. |

2

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | integrated across multiple business systems, companies and Control Areas to manage the security, timeliness, accuracy or accessibility of information for grid operations, reliability, market operations and system security." | |
| 8 | All asserted claims of the '843 patent are dependent claims that depend on claim 1. | Third Am. Compl. (Dkt. #76), Ex. A |
| 9 | Claim 1 of the '843 patent claims:<br><br>"A real-time performance monitoring system for monitoring an electric power grid, comprising:<br>    a monitor computer for monitoring at least one of reliability metrics, power grid operations metrics, generation metrics, transmission metrics, suppliers metrics, grid infrastructure security metrics or markets metrics over a plurality of control areas of the electric power grid operated on a plurality of different platforms by a plurality of different business systems or companies;<br>    a database for storing the metrics being monitored by the monitor computer; and<br>    at least one display computer in at least one of said plurality of control areas of the electric power grid, the at least one display computer having a monitor for displaying a visualization of the metrics being monitored by the monitor computer,<br>    said at least one display computer in one of said plurality of control areas being adapted to enable an operator located in and responsible for monitoring the one of said plurality of control areas to monitor one or more of said plurality of control areas that are different from the control area in which the operator is located." | Third Am. Compl. (Dkt. #76), Ex. A |
| 10 | Claim 4 of the '843 patent claims:<br><br>"The real-time performance monitoring system of claim 1, wherein the monitor computer includes an | Third Am. Compl. (Dkt. #76), Ex. A |

3

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | application for monitoring the grid infrastructure security metrics, and wherein said application performs real-time monitoring of at least one of system vulnerability including phasor measurements and changes thereof or exposure in terms of at least one of population or cities." | |
| 11 | Claim 7 of the '843 patent claims:<br><br>"The real-time performance monitoring system of claim 6, wherein the monitor displays a visualization of data representing said at least one of historical tracking, prediction or actions related to the metrics being monitored." | Third Am. Compl. (Dkt. #76), Ex. A |
| 12 | Claim 9 of the '843 patent claims:<br><br>"The real-time performance monitoring system of claim 1, wherein the monitor concurrently displays at least one dynamic geographic display and a plurality of data or text panels for at least one of monitoring, tracking, prediction, actions or mitigations." | Third Am. Compl. (Dkt. #76), Ex. A |
| 13 | Claim 12 of the '843 patent claims:<br><br>"The real-time performance monitoring system of claim 1, wherein an operator of at least one of the monitor computer or said at least one display computer can define an application to monitor metrics, which are related to the electric power grid at the local level, control area level, or regional level covering the wide area, which the operator desires to monitor." | Third Am. Compl. (Dkt. #76), Ex. A |
| 14 | Claim 19 of the '843 patent recites:<br><br>"The real-time performance monitoring system of claim 1, wherein the monitor computer monitors proximity to potential system faults, and said at least one display computer graphically represents the proximity to potential system faults on the monitor." | Third Am. Compl. (Dkt. #76), Ex. A |
| 15 | Claim 24 of the '843 patent recites:<br><br>"The real-time performance monitoring system of | Third Am. Compl. (Dkt. #76), Ex. A |

4

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | claim 1:<br><br>    wherein the reliability metrics, power grid operations metrics, generation metrics, transmission metrics, suppliers metrics, grid infrastructure security metrics or markets metrics for the electric power grid are monitored across the wide area covering multiple control areas and utilities;<br><br>    wherein each of the plurality of grid portions includes a network of high voltage transmission lines and generators interconnected to the network that is spread out over multiple control areas across the wide area;<br><br>    wherein the plurality of grid portions are subject to power blackouts that spread or cascade over the wide area; and<br><br>    wherein the operator is a reliability coordinator having responsibility to:<br><br>    monitor the power grid metrics over the wide area for reliability management; and<br><br>    prevent power blackouts that spread or cascade over the wide area." | |
| 16 | Claim 1 of the '259 patent is an independent claim. | Third Am. Compl. (Dkt. #76), Ex. B |
| 17 | Claim 1 of the '259 patent claims:<br><br>    "A wide-area real-time performance monitoring system for monitoring and assessing dynamic stability of an electric power grid, the system comprising:<br><br>    a monitor computer including an interface for receiving a plurality of data streams, each data stream comprising sub-second, time stamped synchronized phasor measurements wherein the measurements in each stream are collected at geographically distinct points over a wide area of the grid;<br><br>    wherein the monitor computer monitors metrics including at least one of reliability metrics, power grid operations metrics, generation metrics, transmission | Third Am. Compl. (Dkt. #76), Ex. B |

5

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | metrics, suppliers metrics, grid infrastructure security metrics or market metrics over a wide area of the electric power grid, wherein the wide area comprises at least two distinct entities selected from the group consisting of transmission companies, utilities, and regional reliability coordinators;<br><br>wherein the monitor computer derives in real-time from the plurality of data streams from the at least two distinct entities selected from the group consisting of transmission companies, utilities, and regional reliability coordinators, one or more dynamic stability metrics including phase angles, damping, oscillation modes, and sensitivities for dynamics monitoring using phasor measurements in which the stability metrics are indicative of grid stress and/or instability, over the wide area; and<br><br>wherein the monitor computer is configured to supply at least two different categories of data concern the metrics to a graphical user interface coupled to the monitor computer for concurrently displaying the at least two different categories of data concerning the metrics,<br><br>wherein the categories of data include monitoring data, tracking data, historical data, prediction data, and summary data,<br><br>wherein the graphical user interface provides concurrent visualization of a plurality of metrics directed to a wide geographic area of the grid covering at least two distinct entities selected from the group consisting of transmission companies, utilities, and regional reliability coordinators, and<br><br>wherein the computer accumulates and updates wide area dynamic performance metrics in real time as to wide area and local area portions of the grid." | |
| 18 | Claim 5 of the '259 patent is a dependent claim that depends on both dependent claim 2 and independent claim 1. | Third Am. Compl. (Dkt. #76), Ex. B |

6

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 19 | Claim 2 of the '259 patent claims:<br><br>"The performance monitoring system of claim 1, wherein the monitor computer analyzes the monitored metrics and the graphical user interface displays results of analyzing the metrics." | Third Am. Compl. (Dkt. #76), Ex. B |
| 20 | Claim 5 of the '259 patent claims:<br><br>"The performance monitoring system of claim 2, wherein the monitor computer is configured to transfer the results of the analysis to another computer system for display, further analysis, or as an input for another calculation." | Third Am. Compl. (Dkt. #76), Ex. B |
| 21 | Claims 18 and 21 of the '259 patent are dependent claims that depend on independent claim 17. | Third Am. Compl. (Dkt. #76), Ex. B |
| 22 | Claim 17 of the '259 patent claims:<br><br>"A method of performing wide area real time monitoring and assessment of dynamic stability of an electric power grid comprising:<br>    receiving a plurality of data streams, each data stream comprising sub-second, time stamped synchronized phasor measurements wherein the measurements in each stream are collected at geographically distinct points over a wide area of the grid comprising at least two distinct entities selected from the group consisting of transmission companies, utility companies, and regional reliability coordinators;<br>    monitoring dynamic stability metrics including phase angles, damping, oscillation modes, and sensitivities over the wide area of the electric power grid;<br>    deriving in real-time from the plurality of data streams one or more stability metrics for dynamics monitoring using phasor measurements which are indicative of grid stress and/or instability;<br>    updating the monitored metrics in real time;<br>    concurrently displaying in graphical form at least two | Third Am. Compl. (Dkt. #76), Ex. B |

7

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | different categories of data concerning the metrics, wherein the categories are selected from a group consisting of monitoring data, tracking data, historical data, prediction data, and summary data;<br>    updating the displayed data in real time;<br>    analyzing the displayed data;<br>    providing summary information concerning real time performance of the electric power grid; and<br>    storing the data in real time for replay and review to perform power grid system performance assessment, event diagnostics, root cause analysis of events and situational assessment of dynamic stability of the electric power grid in real time." | |
| 23 | Claim 18 of the '259 patent claims:<br><br>"The method of claim 17 further comprising identifying monitored data of a portion of the electric power grid that crosses a threshold." | Third Am. Compl. (Dkt. #76), Ex. B |
| 24 | Claim 21 of the '259 patent claims:<br><br>"The method of claim 17, further comprising drilling down or zooming in and viewing data across the metrics and across the geographically distinct points." | Third Am. Compl. (Dkt. #76), Ex. B |
| 25 | Claims 38, 49, and 53 of the '259 patent are dependent claims that depend on independent claim 22. | Third Am. Compl. (Dkt. #76), Ex. B |
| 26 | Claim 22 of the '259 patent claims:<br><br>"A wide area real-time dynamics monitoring system for assessing dynamic stability of an electric power grid, the system comprising:<br>a monitor computer for receiving a plurality of data streams, each data stream comprising sub-second, time stamped synchronized phasor measurements wherein the measurements in each stream are collected at geographically distinct points over a wide area of the grid, the plurality of data streams being received by the monitor computer from third party utilities or | Third Am. Compl. (Dkt. #76), Ex. B |

8

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | transmission companies that provide the data, wherein the wide area comprises at least two distinct entities selected from the group consisting of transmission companies, utilities, and regional reliability coordinators, wherein the monitor computer derives in real-time from the plurality of data streams from the at least two distinct entities one or more dynamic stability metrics including phase angles, damping, oscillation modes, and sensitivities for dynamics monitoring using phasor measurements in which the stability metrics are indicative of grid stress and instability, over the wide area, and wherein the derived metrics include at least one of reactive reserve margin, power transfer angle, voltage/volt-ampere reactive (VAR), frequency response, sensitivities and/or combinations thereof; a database to store the measurements and derived metrics; and a display operatively coupled to the monitor computer and database for visualization of information relating to the plurality of the measurements and derived metrics relevant to the assessment of the real-time dynamic stability of wide area and local area portions of the grid." | |
| 27 | Claim 38 of the '259 patent claims: "The wide are real-time dynamics monitoring system of claim 22, wherein an operator of the monitor computer can define an application to monitor the derived metrics, which are related to the electric power grid at the local level, control area level, or regional level covering the wide area that the operator desires to monitor." | Third Am. Compl. (Dkt. #76), Ex. B |
| 28 | Claim 49 of the '259 patent claims: "The wide area real-time dynamics monitoring system of claim 22, wherein the monitor computer tracks, identifies and saves data on defined or abnormal | Third Am. Compl. (Dkt. #76), Ex. B |

9

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | operating conditions in a database, and the display provides visualization of the abnormal operating conditions." | |
| 29 | Claim 53 of the '259 patent claims:<br><br>    "The wide area real-time dynamics monitoring system of claim 22, wherein the monitor computer is configured to store the data in real time for replay and review to perform power grid system performance assessment, event diagnostics, root cause analysis of events and situational assessment of dynamic stability of the electric power grid in real time." | Third Am. Compl. (Dkt. #76), Ex. B |
| 30 | Claim 9 of the '710 is an independent claim. | Third Am. Compl. (Dkt. #76), Ex. C |
| 31 | Claim 9 of the '710 patent claims:<br><br>    "A wide-area real-time performance monitoring system for collecting, storing and analyzing event data and analysis of events on an interconnected electric power grid in real time over a wide area and automatically analyzing the events on the interconnected electric power grid, the system comprising:<br>    a monitor computer including an interface for receiving a plurality of data streams, each of data streams comprising sub-second, time stamped synchronized phasor measurements wherein the measurements in each stream are collected in real time at geographically distinct points over the wide area of the interconnected electric power grid, the wide area comprising at least two elements from among control areas, transmission companies, utilities, regional reliability coordinators, and reliability jurisdictions;<br>    a plurality of interfaces to other power system data sources, the other power system data sources comprising at least one of transmission maps, power plant locations, EMS/SCADA systems; | Third Am. Compl. (Dkt. #76), Ex. C |

10

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | a plurality of interfaces to non-grid data sources; <br><br>a database configured to store the phasor measurements and a plurality of derived metrics; and <br><br>a display coupled to the monitor computer and the database for visualization of information relating to the plurality of the phasor measurements and the derived metrics relevant to assessing the real-time dynamic stability of wide area and local area portions of the interconnected electric power grid, <br><br>wherein the monitor computer is configured to monitor metrics, the metrics comprising at least one of reliability metrics, power grid operations metrics, generation metrics, transmission metrics, suppliers metrics, grid infrastructure security metrics, and market metrics over the wide area of the interconnected electric power grid, <br><br>wherein the monitor computer is configured to detect events in real-time from the plurality of data streams from the wide area, <br><br>wherein the monitor computer is configured to execute event detection logic, the event detection logic being configured to detect and analyze an event based on at least one of limits, sensitivities, and rates of change for one or more measurements from the data streams and dynamic stability metrics derived from analysis of the measurements from the data streams including at least one of frequency instability, voltages, power flows, phase angles, damping, and oscillation modes, derived from the phasor measurements and the other power system data sources in which the metrics are indicative of events, grid stress and/or grid instability, over the wide area, and <br><br>wherein the metrics associated with a detected event comprise include at least one of time of event, location of event, type of event, magnitude of event, and one or more key event related metrics such as frequency, delta frequency, voltage drop, reactive reserve margin, power | |

11

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | transfer angle, voltage/volt-ampere reactive (VAR), frequency response, sensitivities and/or combinations thereof." | |
| 32 | Claim 12 of the '710 is an independent claim. | Third Am. Compl. (Dkt. #76), Ex. C |
| 33 | Claim 12 of the '710 patent claims: "A method of detecting events on an interconnected electric power grid in real time over a wide area and automatically analyzing the events on the interconnected electric power grid, the method comprising: receiving a plurality of data streams, each of the data streams comprising sub-second, time stamped synchronized phasor measurements wherein the measurements in each stream are collected in real time at geographically distinct points over the wide area of the interconnected electric power grid, the wide area comprising at least two elements from among control areas, transmission companies, utilities, regional reliability coordinators, and reliability jurisdictions; receiving data from other power system data sources, the other power system data sources comprising at least one of transmission maps, power plant locations, EMS/SCADA systems; receiving data from a plurality of non-grid data sources; detecting and analyzing events in real-time from the plurality of data streams from the wide area based on at least one of limits, sensitivities and rates of change for one or more measurements from the data streams and dynamic stability metrics derived from analysis of the measurements from the data streams including at least one of frequency instability, voltages, power flows, phase angles, damping, and oscillation modes, derived from the phasor measurements and the other power system data sources in which the metrics are indicative | Third Am. Compl. (Dkt. #76), Ex. C |

12

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | of events, grid stress, and/or grid instability, over the wide area; <br><br>   displaying the event analysis results and diagnoses of events and associated ones of the metrics from different categories of data and the derived metrics in visuals, tables, charts, or combinations thereof, the data comprising at least one of monitoring data, tracking data, historical data, prediction data, and summary data; <br><br>   displaying concurrent visualization of measurements from the data streams and the dynamic stability metrics directed to the wide area of the interconnected electric power grid; <br><br>   accumulating and updating the measurements from the data streams and the dynamic stability metrics, grid data, and non-grid data in real time as to wide area and local area portions of the interconnected electric power grid; and <br><br>   deriving a composite indicator of reliability that is an indicator of power grid vulnerability and is derived from a combination of one or more real time measurements or computations of measurements from the data streams and the dynamic stability metrics covering the wide area as well as non-power grid data received from the non-grid data source." | |
| 34 | Claim 17 of the '710 is a dependent claim that depends on claim 12. | Third Am. Compl. (Dkt. #76), Ex. C |
| 35 | Claim 17 of the '710 patent claims: <br><br>   "The method of claim 12, further comprising enabling a user to drill down and visualize the metrics displayed on a graphical user interface at various geographical resolutions ranging from wide-area to local-area." | Third Am. Compl. (Dkt. #76), Ex. C |
| 36 | EPG's expert Terry Winter testified as follows: <br><br>   "Q. Can you provide me with a list of what would qualify as a reliability metric. | Mitchell Decl. ¶ 2, Ex. 1 (Winter |

13

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | A. The answer is yes. I'm just sitting here thinking if I just rattle through them whether I might miss one. But just about everything on a transmission line measurement is a reliability issue." | Depo), at 220:10-11, 14-16. |
| 37 | Mr. Winter testified as follows:<br><br>"Q. Can you provide me with a list of what would qualify as a reliability metric.<br>…<br>In other words, if you are -- voltage is one. Current or amps is another metrics. Phase angle separations. Dynamic stability. Frequency deviations. You measure all of those things to determine the reliability of the -- of the network. I probably missed a few.<br>…<br>Q. Can you give me examples of metrics you would find in a power grid monitoring system that are not reliability metrics?<br>A. What I immediately went to was non- -- non-grid data. Things such as maps. That is one example of something that I would not consider a reliability criteria.<br>Q. Anything else you would find in a power grid monitoring system that are not reliability metrics other than maps?<br>A. I'm sure there are. I just can't think of one right off the top of my head.<br>Q. Okay. What -- can you give me a list of examples of what would qualify as a power grid operations metric?<br>A. Again, it's -- it's material presented to the operator. Different systems will identify different things that the operators have control over. So metrics the operator would look at is generation, load data, frequency, VAR output, current output. Any state estimator information that would indicate instability on a -- on a line in the future. That's an example. I'm sure there's some others there. Anything you measure on the system usually is being measured for a reason. | Mitchell Decl. ¶ 2, Ex. 1 (Winter Depo), at 220:10-11, 17-22; 220:25-224:11. |

STATEMENT OF UNDISPUTED FACTS
Case No. 12-06365 JGB (RZx)

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | Q. What examples of metrics would you find in a power grid monitoring system that are not power grid operations metrics? | |
| | A. As I stated before, maps. Let's say fire information that you were picking up that wasn't near your lines. It would be displayed but -- but of no consequence unless it got under a line. That's a couple of just jump to my -- roads. You may want to identify where roads are so you can dispatch crews to problem areas.  Those would be things that are on the system that aren't directly related to reliability. Frequency would be, but not the others. | |
| | Q. Can you give me examples of what would qualify as a generation metric? | |
| | A. Generation would be location of the generators. The output of each generator. The frequency. Phase angle. Total capacity of the unit versus the load that -- the output. In other words, looking for how much more generation a unit can provide. Any indications of -- of oscillations that you were to see. Again, I think I mentioned it before, but it was amps, generation output. I would just be repeating myself on the others. | |
| | Q. Okay. And can you give me an example of metrics you would find in a power grid monitoring system that are not generation metrics. | |
| | A. Well, again, maps. Transformer loadings. Breaker status. Frequency. Frequency would not -- not at the generator -- the overall system frequency. Line loadings. That's all I come up with just right off the top of my head. | |
| | Q. Can you give me examples of what would qualify as a transmission metric? | |
| | A. Transmission metric would be line loadings. Voltage on the lines. Again, frequency. Breaker status on a line. Reactive power flowing on the line. That's about transmission line that defines them. | |
| | Q. Okay. And what is -- what would not qualify as a transmission metric? | |

15

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | A. Again, the geographic map underneath it would not. Weather data would not be tied to the transmission line. That's about it.<br><br>Q. And can you give me examples of a list of suppliers metrics.<br><br>A. Suppliers would revert back to generation. I'm assuming "supplier" means supplier of power, not supplier of equipment. So that would be a list of people who may be bidding into your -- into your market to provide energy to you. That's mostly the location and amount of available power.<br><br>Q. And examples of a list of grade infrastructure security metrics.<br><br>A. Those really come back to almost the same as -- well, actually the same as the reliability criteria because you are concerned with security. Some additional security metrics that you might be interested in is lightning strikes. Proximity. Low voltages. Again, almost as a complete list, frequency same as reliability metrics. | |
| 38 | Mr. Dyer testified:<br><br>"Q: . . .<br><br>And my first question is, here at the top of page 29, it states (as read):<br>"A monitor computer for monitoring<br>at least one of reliability metrics,<br>power grid operations metrics,<br>generation metrics, transmission<br>metrics, suppliers metrics, grid<br>infrastructure security metrics, and<br>market metrics."<br>Do you have an understanding what any of those terms mean that end in "metrics"?<br>. . .<br><br>THE DEPONENT: You know, I think -- well, I don't think. I know. The industry was changing. There were -- what used to be a fully integrated utility was now being | Mitchell Decl. ¶ 2, Ex. 2 (Dyer Depo), at 82:4-83:14. |

16

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | broken up into merchant functions, reliability functions, so the generationwas going off in a different direction.<br><br>    So it's really -- these different metrics are saying, hey, there's transmission metrics, anything, the voltage metric, the megawatts, the megavars associated with transmission. There was different metrics associated with generation output where they are giving vars or megawatts. There were ancillary services which were new products being sold in the power industry.<br><br>    So it's just different aspects of the power system and interconnected. You know, you are monitoring a different perspective, and then trying to pull it all together and then turn it into information for the operation folks. | |
| 39 | MISO's representative Kevin Frankeny testified:<br><br>    "Q. Does the system allow MISO to monitor at least one of reliability metrics, power grid operations metrics, generation metrics, transmission metrics, supplier metrics, grid infrastructure security metrics, or market metrics?<br>    A. I guess I'm unclear. We'd have to determine -- define the term "metrics." | Mitchell Decl. ¶ 3, Ex. 3 (Frankeny Depo), at 82:4-83:14. |
| 40 | PG&E's representative Jonathan Sykes testified:<br><br>    "Q. Does PG&E monitor any metrics relating to grid infrastructure security generally?<br>    A. Can you be more specific?" | Mitchell Decl. ¶ [], Ex. 4 (Sykes Depo), at 49:13-15. |
| 41 | PG&E's representative Kirk Stewart testified:<br><br>    "Q. Does e-terravision monitor at least one of reliability metrics and power grid operations metrics?<br>    THE WITNESS: Yes.<br>    Q. (By Mr. Hasan) How does it do that?<br>    A. It displays the information based on the -- the applications that are produced in the results in the EMS system. | Mitchell Decl. ¶ [], Ex. 5 (Stewart Depo), at 138:11-23. |

17

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | Q. What are those applications?<br>A. So I think we went through this already. SCADA, state estimation, contingency analysis, and network sensitivities. And soon to be at some point phase angles and -- as soon as we can get it in there." | |
| 42 | Electric power grid monitoring systems that employ synchrophasor technology rely on phasor measurement units (PMUs). | Mitchell Decl. ¶ 9, Ex. 9, at 1. |
| 43 | PMU units can be installed on various locations of the electric power grid such as generation substations and transmission lines. | Mitchell Decl. ¶ 9, Ex. 9, at 2. |
| 44 | PMUs measure (or sample) voltage, current, and frequency multiple times a second. | Mitchell Decl. ¶ 9, Ex. 9, at 1. |
| 45 | PMUs convert voltage, current, and frequency into phasor values. | Mitchell Decl. ¶ 9, Ex. 9, at 1. |
| 46 | A phasor is calculated based on magnitude and phase angle of the voltage or current waveforms. | Mitchell Decl. ¶ 9, Ex. 9, at 1-2. |
| 47 | PMUs add a time stamp to the phasor values, making them into synchrophasors. | Mitchell Decl. ¶ 9, Ex. 9, at 1. |
| 48 | PMUs convert the synchrophasor values into a standard C37.118 format, which was established by the Institute of Electrical and Electronics Engineers. | Mitchell Decl. ¶ 9, Ex. 9, at 1. |
| 49 | The synchrophasor values from the individual PMU units are sent through a communications network to the phasor data concentrator (PDC). | Mitchell Decl. ¶ 9, Ex. 9, at 3. |
| 50 | The PDC aggregates and time-aligns the synchrophasor data received from the multiple PMUs in the electric power grid system. | Mitchell Decl. ¶ 9, Ex. 9, at 3. |
| 51 | The PDC then sends the time-aligned synchrophasor data stream to the control room application for processing. | Mitchell Decl. ¶ 9, Ex. 9, at 3. |
| 52 | "Figure 1. Collection and flow of synchrophasor data" is a true and accurate copy of the same from Ex. 9 at 2. | Mitchell Decl. ¶ 9, |

18

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | | Ex. 9, at 2. |
| 53 | Mr. Sykes testified:<br><br>"Q. Where is the phasor data coming from, generally?<br>A. Well, the actual phasor itself is generated by equipment throughout our service territory.<br>Q. Are those called PMU?<br>A. Yes.<br>Q. Is PMU called a phasor measurement unit?<br>A. It is.<br>Q. Where are the PMUs located?<br>A. They are located throughout our system.<br>…<br>Are all of the PMUs that are providing data to PhasorPoint located within the footprint of PG&E?<br>A. Yes. | Mitchell Decl. ¶ 5, Ex. 4 (Sykes Depo), at 27:9-18; 28:13-15. |
| 54 | Mr. Luo[1] testified:<br><br>"Q.  Is ISO New England receiving any PMU data from locations outside of its own footprint?<br>A.  No." | Mitchell Decl. ¶ 6, Ex. 6 (Luo Depo), at 12:7-9. |
| 55 | Mr. Frankeny testified:<br><br>"Q. In the Alstom system deployed by MISO, does the system utilize data or is it integrated with at least one of SCADA, EMS, or phasor data measurement units?<br>A. Phasor data measurement units." | Mitchell Decl. ¶ 4, Ex. 3 (Frankeny Depo), at 136:9-13 |
| 56 | Mr. Frankeny testified:<br><br>"Q. PhasorPoint, thank you. And -- and as you're describing it here, you're using PhasorPoint to monitor SynchroPhasor data; is that correct?<br>A. That is correct.<br>Q. Only -- is it only SynchroPhasor data?<br>A. Only SynchroPhasor data." | Mitchell Decl. ¶ 4, Ex. 3 (Frankeny Depo), at 175:23-176:3. |

---

[1] At the time of this filing, only a rough transcript of Mr. Luo's deposition transcript is available.

19

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 57 | Mr. Sykes testified:<br><br>"Q. You referred to the software, whether it was e-terravision or PhasorPoint, as one package, PhasorPoint?<br>A. That's the way I looked at it, yes.<br>Q. Why did you look at it that way?<br>A. It was a product that didn't -- I didn't know the differences between the -- the subtle difference or even the major differences between the two names. I assumed that that product was the product that we were purchasing for our synchrophasor system." | Mitchell Decl. ¶ 5, Ex. 4 (Sykes Depo), at 23:1-11. |
| 58 | Mr. Wangen testified:<br><br>"Q. Does Peak have any applications involving PMU measurements, as you understand it?<br>A Yes, we do. We use -- in our state estimator we have PMU measurements integrated into that state estimator application so that -- without getting into too much detail, it just adds to the quality of the state estimator solution.<br>THE REPORTER: As the what?<br>A. State estimator solution. That is our primary use. Currently we also do display PMU data on our SCADA one lines today. And then as far as, you know, the -- the products we're here to talk about today, phasor -- PhasorPoint -- we call it e-terraphasorpoint and e-terravision, these are both applications that are not utilized at this point, but they are installed in our production environments. | Mitchell Decl. ¶ 7, Ex. 7 (Wangen Depo), at 21:2-17 |
| 59 | Mr. Luo testified:<br><br>"Q. Did ISO New England license the E TER vision application from Alstom?<br>A. Yes. Common ways [*sic*] are EMS package. But we didn't use it." | Mitchell Decl. ¶ [], Ex. 6 (Luo Depo), at 10:11-14. |
| 60 | Mr. Luo testified:<br><br>Q. Is ISO New England receiving PMU data for | Mitchell Decl. ¶ 6, Ex. 6 (Luo |

20

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | visualization within the PhasorPoint application?<br>A. Yes." | Depo), at 11:15-17. |
| 61 | Mr. Winter testified:<br><br>"Q. The PDC is what synchronizes the phasor data. Correct?<br>A. That is correct." | Mitchell Decl. ¶ 2, Ex. 1 (Winter Depo), at 186:22-24 |
| 62 | Mr. Frankeny testified:<br><br>"Q. Okay. So is the -- are the steps, so to speak, that SynchroPhasor data exits the PMUs, goes into a member's PDC, and then feeds into MISO's PDC?<br>A. That is correct.<br>Q. Okay. And then from MISO's PDC, they come into MISO; is that correct?<br>A. Yeah, that's correct. Either from MISO into our systems to be ingested, or, in the case that we're sharing data with other people, it might be passed on to other PDCs.<br>Q. Got it. And if -- if I recall your testimony, the -- the MISO PDC is an EPG product?<br>A. That is correct.<br>Q. Okay. And so, then, could you describe in a little bit more detail how this data is coming from MISO's PDC into MISO's system?<br>A. We have several implementations of the PDCs, right, because there -- it's -- the PDCs are deployed in a highly available redundant architecture as well. But considering that one PDC is operating at the time, then the data is received from the member TOs or through a regional PDC from outside members, and is then passed to PhasorPoint, or is passed into our internal calculation and visualization engine for eventual archival purposes." | Mitchell Decl. ¶ 4, Ex. 3 (Frankeny Depo), at 188:10-189:9. |
| 63 | Mr. Wangen testified:<br><br>"Q. So turning to the -- the far right side of this | Mitchell Decl. ¶ 8, Ex. 7 |

21

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | diagram, at the -- near the top, it says another new heading, "Super PDC servers," in parenthesis, "2, openPDC." What is your understanding of what that refers to?<br><br>A. The super PDC is referencing the -- the phasor data concentrator that we have at WECC at the time, at Peak now, that is the device that is collecting all of the data from throughout the other PDCs the western interconnection.<br><br>…<br><br>Q. So the PMU data from the participating entities, previously 19 of them, goes through all -- or -- excuse me -- goes through Peak's openPDC. Is that your testimony?<br><br>A. The data -- yes. The data provided from those 19 -- 19 entities goes through the openPDC or the super PDC at Peak." | (Wangen Depo), at 27:25-28:9, 28:25-29:6. |
| 64 | Mr. Stewart testified:<br><br>"Q. How do the servers interact in order to display the information that we were just talking about?<br><br>A. Okay. So for e-terravision, e-terravision server pieces actually sit on the EMS servers themselves. So they're the exact same servers that we already had with all of our EMS infrastructure. It's just another application that runs there and sends the data to the client that runs on the workstations. So e-terravision, that's how that all works. It's pretty simple. PhasorPoint has redundant servers, so we can fail over between the two. So those two servers will fail over, and the information is coming from OpenPDC. So PhasorPoint actually has a built-in PDC to it that can act like a PDC. We chose not to use that piece because it was limited functionality. So we have OpenPDC receives all information, streams it to PhasorPoint." | Mitchell Decl. ¶ 5, Ex. 5 (Stewart Depo), at 68:7-25. |
| 65 | Mr. Luo testified: | Mitchell Decl. ¶ 6, |

22

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
|  | "Q.  One of the must have requirements of ISO New England was that PhasorPoint have the capability to accept, monitor, and derive metrics from PMU data gathered both within its footprint and for neighboring footprints; correct?<br><br>A.  Okay.  Just to clarify that, PhasorPoint are not receiving data directly from the substation.  We have a Phasor data con STREN traitor *[sic]* which collects all the PMU data and then fading into PhasorPoint.<br><br>Q.  Yes.<br><br>A.  So it's a one single stream from the phrase data concentrate TOR *[sic]* feeding into PhasorPoint." | Ex. 6 (Luo Depo), at 80:6-17. |
| 66 | Mr. Kappelhoff testified:<br><br>"Q. Okay. Let me ask you about Alstom's knowledge of the patents. Let's start with the '843 patent, which we have previously marked. This has been marked as Exhibit 40. When did Alstom become aware of the '843 patent, Exhibit 40?<br><br>A. When -- I don't have the exact dates, but there was a letter sent to one of our legal counsel in Paris indicating that there was a concern regarding the '843 patent.<br><br>Q. Who sent that letter? A. I don't know.<br><br>Q. Was it an internal letter?<br><br>A. It was a letter from whoever the legal counsel is for EPG to our legal department in Paris.<br><br>Q. You understand that to be a letter from EPG's legal counsel regarding this patent?<br><br>A. Regarding the '843 patent, yes." | Mitchell Decl. ¶ 8, Ex. 8 (Kappelhoff Depo), at 39:15-40:6. |
| 67 | Mr. Kappelhoff testified:<br><br>"Q. When is the first time that Alstom learned '259 patent, Exhibit 41?<br><br>A. After we got the notice regarding this case.<br><br>Q. Are you referring to the complaint?<br><br>A. The complaint." | Mitchell Decl. ¶ 8, Ex. 8 (Kappelhoff Depo), at 40:7-11. |

STATEMENT OF UNDISPUTED FACTS
Case No. 12-06365 JGB (RZx)

| Dfs.' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 68 | EPG filed this lawsuit on July 25, 2012. | Compl. (Dkt. #1) |
| 69 | EPG first alleged that Defendants infringed the '710 patent on or about filing the Stipulation for Leave to File Second Amended Complaint on June 21, 2013. | Stip. For Leave to File Second Am. Compl. (Dkt. #45) |
| 70 | Mr. Kappelhoff testified:<br><br>"Q. When is the first time that Alstom learned of the '710 patent, Exhibit 42?<br>    A. At the time of the complaint." | Mitchell Decl. ¶ [], Ex. 8 (Kappelhoff Depo), at 40:12-14 |

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:

Angel D. Mitchell (admitted *pro hac vice*)
Email: amitchell@shb.com
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547

Attorneys for Defendant Alstom Grid, Inc.

24

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1600, Irvine, California, 92614.

On November 3, 2014, I served on the interested parties in said action the within:

**(1) DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT;**

**(2) DECLARATION OF ANGEL D. MITCHELL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;**

**(3) STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;**

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.

☒ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (BY FEDERAL EXPRESS, AN OVERNIGHT DELIVERY SERVICE) By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered to the FEDERAL EXPRESS Service Center, to be delivered by their next business day delivery service, to the addressee designated.

☐ (FAX) I caused such document(s) to be served via facsimile on the interested parties at their facsimile numbers listed on the attached service list on this date from fax machine telephone number (949) 475-0016. The facsimile numbers used complied with California Rules of Court rule 2.300 et seq. and 2.306 and no error was reported by the machine. Pursuant to California Rules of Court rule 2.306, I caused the machine to print a report of the transmission, a copy of which is attached to the original of this declaration.

☒ (E-MAIL) I caused such document(s) to be served via email on the interested parties at their e-mail addresses listed on the attached service list, pursuant to Stipulation of the parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 3, 2014, at Irvine, California.

Tony M. Diab
(Type or print name)

(Signature)

-1-

227590 v1

## **SERVICE LIST**

*Electric Power Group, LLC v. Alstom, S.A., et al.*
USDC Case No:  CV12-6365 JGB (RZx)

Art Hasan, Esq.
G. Warren Bleeker, Esq.
CHRISTINE, PARKER & HALE, LLP
655 North Central Ave., Suite 2300
Glendale, CA  91203-1445

Phone:  (626) 795-9900
Fax:  (626) 577-8800
Email:  art.hasan@cph.com
        warren.bleeker@cph.com

**Attorneys for Plaintiff**
**Electric Power Group, LLC**

-2-

227590 v1