1  Jamie H. Kitano (SBN: 268078)
   jkitano@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   1 Montgomery, Suite 2700
3  San Francisco, California 92614-2546
   Telephone:   415.544.1900
4  Facsimile:   415.391.0281

5  Douglas W. Robinson (SBN: 255909)
   dwrobinson@shb.com
6  Tony M. Diab (SBN: 277343)
   tdiab@shb.com
7  SHOOK, HARDY & BACON L.L.P.
   Jamboree Center
8  5 Park Plaza, Suite 1600
   Irvine, California 92614-2546
9  Telephone:   949.475.1500
   Facsimile:   949.475.0016
10
   Peter Strand (*pro hac vice*)
11 pstrand@shb.com
   Angel D. Mitchell (*pro hac vice*)
12 amitchell@shb.com
   Chrissie Guastello (*pro hac vice*)
13 cguastello@shb.com
   Chris Dove (*pro hac vice*)
14 cdove@shb.com
   SHOOK, HARDY & BACON, L.L.P.
15 2555 Grand Blvd.
   Kansas City, MO 64108
16 Telephone:   816.474.6550
   Facsimile:   816.421.5547
17
   Attorneys for Defendants ALSTOM, S.A.,
18 ALSTOM Grid, Inc., Psymetrix Ltd., and
   ALSTOM Limited
19
20              UNITED STATES DISTRICT COURT
21   CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

22 | ELECTRIC POWER GROUP, LLC, | Case No. CV12-06365 JGB (RZx) |
23 | Plaintiff, | **DECLARATION OF ANGEL D. MITCHELL IN SUPPORT OF MOTION FOR MOTION FOR SUMMARY JUDGMENT** |
24 | v. | |
25 | ALSTOM, S.A., ALSTOM GRID, INC., PSYMETRIX LTD., and ALSTOM LIMITED, | **CONDITIONALLY UNDER SEAL** |
26 | | Date:          December 22, 2014 |
27 | Defendants. | Time:          9:00 a.m. |
28 | | Courtroom:  1 |

1

ALSTOM, S.A., ALSTOM GRID, INC., PSYMETRIX LTD., and ALSTOM LIMITED,

Counterclaimants,

v.

ELECTRIC POWER GROUP, LLC

Counterdefendants.

I, Angel D. Mitchell, declare as follows:

1.    I am over 21 years of age and am fully competent to make this declaration. I am an attorney with the law firm of Shook, Hardy, & Bacon L.L.P. in Kansas City, Missouri, and I represent the Defendants Alstom, S.A., Alstom Grid, Inc., Psymetrix Limited, and Alstom Limited in this action. I have personal knowledge of the following facts and they are true and correct.

2.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition testimony of Terry Winter taken on October 16, 2014.

3.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition testimony of James Dyer taken on August 6, 2014.

4.    Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition testimony of Julius Kevin Frankeny taken on May 28, 2014.

5.    Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition testimony of Jonathan Sykes taken on August 29, 2014.

6.    Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition testimony of Kirk Stewart taken on August 26, 2014.

7.    Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition testimony of Xiaochuan Luo taken on October 29, 2014. (Rough draft version of transcript.)

8.    Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the deposition testimony of Brett Wangen taken on August 27, 2014.

2

9.      Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the deposition testimony of Ralph Kappelhoff taken on June 20, 2014.

10.      Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the U.S. Department of Energy publication "Synchrophasor Technologies and their Deployment in the Recovery Act Smart Grid Programs" available at the following: https://www.smartgrid.gov/sites/default/files/doc/files/Synchrophasor%20Report%20 08%2009%202013%20DOE%20(2)%20version_0.pdf

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 3rd day of November, 2014 at ~~Irvine, California.~~ *Kansas City, MO*

_____

ANGEL D. MITCHELL

DECLARATION IN SUPPORT OF MOTION FOR CLAIM CONSTRUCTION

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1600, Irvine, California, 92614.

On November 3, 2014, I served on the interested parties in said action the within:

**(1) DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT;**

**(2) DECLARATION OF ANGEL D. MITCHELL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;**

**(3) STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;**

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.

☒ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (BY FEDERAL EXPRESS, AN OVERNIGHT DELIVERY SERVICE) By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered to the FEDERAL EXPRESS Service Center, to be delivered by their next business day delivery service, to the addressee designated.

☐ (FAX) I caused such document(s) to be served via facsimile on the interested parties at their facsimile numbers listed on the attached service list on this date from fax machine telephone number (949) 475-0016. The facsimile numbers used complied with California Rules of Court rule 2.300 et seq. and 2.306 and no error was reported by the machine. Pursuant to California Rules of Court rule 2.306, I caused the machine to print a report of the transmission, a copy of which is attached to the original of this declaration.

☒ (E-MAIL) I caused such document(s) to be served via email on the interested parties at their e-mail addresses listed on the attached service list, pursuant to Stipulation of the parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 3, 2014, at Irvine, California.

| Tony M. Diab | |
|---|---|
| (Type or print name) | (Signature) |

-1-

227590 v1

## SERVICE LIST

*Electric Power Group, LLC v. Alstom, S.A., et al.*
USDC Case No:  CV12-6365 JGB (RZx)

Art Hasan, Esq.
G. Warren Bleeker, Esq.
CHRISTINE, PARKER & HALE, LLP
655 North Central Ave., Suite 2300
Glendale, CA  91203-1445

Phone:  (626) 795-9900
Fax:  (626) 577-8800
Email:  art.hasan@cph.com
        warren.bleeker@cph.com

**Attorneys for Plaintiff**
**Electric Power Group, LLC**

-2-

227590 v1