# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Electric Power Group, LLC, | ) |
| Plaintiff, | ) Case No. |
| | ) CV 12-6365 JGB (RZx) |
| v. | ) |
| Alstom, S.A.; et al. | ) |
| Defendants. | ) **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, Defendants' Motion for Summary Judgment is hereby GRANTED.

Therefore, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

The parties shall bear their own attorney fees.

Dated: May 21, 2015

Jesus G. Bernal
United States District Judge

1